**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 97-20007**
**Summary Calendar**
_____


**CLARICE COLLINS,**

**Plaintiff-Appellant,**


**VERSUS**


**UNIVERSITY OF TEXAS; UNIVERSITY OF TEXAS, BOARD OF REGENTS;**
**TEXAS HEART INSTITUTE; CARDIOPULMONARY PERFUSION ASSOCIATES**
**INCORPORATED; ST. LUKE'S EPISCOPAL HOSPITAL; BONNIE CROMACK;**
**VALERIE CARROLL; TRUDY STAFFORD; FRANCIS FRANZ; SAL GUERCIO;**
**ANN GUERCIO; RHONDA KENNAMER; JOYCE BIGLEY; KIMBERLY WADE**
**SWAN; CAROLYN LETHRIDGE; DEBRA SURPRISE; SUZIE GLEASON;**
**RAYMOND MCINNIS,**

**Defendants-Appellees.**


_____

Appeal from the United States District Court
For the Southern District of Texas

(H-95-CV-715)
_____

July 30, 1997

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Collins sued the corporate and individual defendants in this

_____

[*]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

case, alleging "intentional discrimination, based on race, gender and retaliation due to plaintiff's past challenges and complaints of racial discrimination."  Each defendant filed motions for summary judgment which were referred by the district court to the magistrate judge for review and recommendation.  The magistrate judge recommended that all defendants' motions for summary judgment be granted and the plaintiff's motion for summary judgment be denied.  The district court reviewed the magistrate judge's memorandum and recommendation de novo and entered an order adopting the memorandum and recommendation.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself.  For the reasons stated by the magistrate judge in her memorandum and recommendation filed under date of April 25, 1996, the district court was correct in adopting the magistrate judge's recommendations and entering a final judgment based thereon.

**AFFIRMED**.